IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARGARET KUEBLER                                                              PLAINTIFF

VS.                                                                          No. 3:05CV125-D-A

UNION PLANTERS MORTGAGE INC., ET. AL.                                    DEFENDANTS

ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the Defendants' motion to dismiss (docket entry 4) is GRANTED;

(2)  the Plaintiff's claims shall be submitted to arbitration, in accordance with the parties' Agreement; and

(3)  this case is CLOSED.

SO ORDERED, this the 15th day of June 2006.

                                                            /s/ Glen H. Davidson
                                                            Chief Judge